1  GARRICK S. LEW (SBN 61889)
   Law Offices of Garrick S. Lew
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103-4937
3  Telephone: (415) 575-3588
   Facsimile:  (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant
   JAMES WAI LUN YEUNG
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,          )   Case No. 10-cr-00106-SI
                                      )
                Plaintiff,            )   STIPULATION AND [PROPOSED]
12                                    )   ORDER FOR PERMISSION TO
       vs.                            )   TRAVEL NOVEMBER 22 TO 25,
13                                    )   2012
   JAMES WAI LUN YEUNG,               )
14                                    )
                Defendant.            )
15 _____)

16     THE PARTIES HEREBY STIPULATE AND AGREE that defendant JAMES WAI LUN

17 YEUNG be granted permission to travel outside the Northern District of California from

18 November 22 through November 25, 2010 to spend Thanksgiving with Mr. Yeung's mother,

19 Tsang Yuk Ching at her residence in Las Vegas, Nevada. Mr. Yeung has obtained travel approval

20 from United States Pretrial Services.   Mr. Yeung will travel by car to his mother's residence

21 where he will stay during the visit. Counsel has conferred with United States Attorney Matthew

22 McCarthy, and the government has no objection to the holiday travel request.

23     **SO STIPULATED.**

24

25   /s/                                          /s/
     Garrick S. Lew                               Matthew McCarthy
26   Attorney for James Wai Lun Yeung             Assistant U.S. Attorney
     Dated: November 14, 2012                     Dated: November 14, 2012
27

28

*United States v. Yeung,* 10-cr-00106-SI
Travel Order                               1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES WAI LUN YEUNG,<br><br>　　　　　Defendants. | Case No. 10-cr-00106-SI<br><br>[PROPOSED] ORDER FOR PERMISSION TO TRAVEL NOVEMBER ~~16-22, 2010~~<br>22-25, 2012 |

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that defendant James Wai Lun Yeung be permitted to travel outside the Northern District of California to Las Vegas, Nevada, from November 22 through November 25, 2012 to stay with and spend Thanksgiving with this mother Tsang Yuk Ching.

**SO ORDERED**.

Dated: November 15, 2012

The Honorable Laurel Beeler
United States Magistrate Judge

*United States v. Yeung*
10-cr-00106-SI                                    2